UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Richard Cascio, et al.,

                Plaintiffs,         ORDER OF DISCONTINUANCE

      -V-                             04CV2191(SLT)(SMG)

OST Trucking Company, Inc., et al.,

                Defendants.
-----------------------------------------------------------X
TOWNES, U.S.D.J.

      IT APPEARING that it has been reported to the Court that the above captioned action has been settled,

      IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated.

      SO ORDERED.

                                       SANDRA L. TOWNES
                                       UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       March 21, 2006